UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

PHOENIX INSURANCE COMPANY et al,

TRUMBULL INSURANCE COMPANY et al,

       Plaintiffs,

            -against-

APF FIRE PROTECTION, INC.,
THE RELIABLE AUTOMATIC SPRINKLER
CO. INC., and DENJAM, LLC,

       Defendants.

-----------------------------------------------------------------------X

THE RELIABLE AUTOMATIC SPRINKLER
CO INC.

       Third-Party Plaintiff,

            -against-

J. WALTER MILLER CO.

       Third-Party Defendant.

-----------------------------------------------------------------------X

**08-CV-08728 (LBS)**
**08-CV-07935 (LBS)**

*CONSENT TO CHANGE ATTORNEY*

IT IS HEREBY CONSENTED that **LEWIS BRISBOIS BISGAARD & SMITH LLP,** 199 Water Street, 25th Floor, New York, New York 10038 shall be substituted in place of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as attorney for defendant **APF FIRE PROTECTION, INC.** in the above-entitled action as of the date hereof.

3903139.1

-2-

Dated: New York, New York
        March 8, 2010

**LEWIS BRISBOIS BISGAARD**
**BISGAARD & SMITH LLP**

By:_____
**GREGORY S. KATZ**
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300

By: _____
    Claim No.: 2882810

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**

By:_____

150 East 42nd Street, 18th Floor
New York, New York 10017
(212) 490-3000
File No.: 09343.00141

-3903139.1

-3-

To:    SHEPS LAW GROUP, P.C.
       Attorneys for Plaintiff
       **PHOENIX INSURANCE COMPANY**
       35 Pinelawn Road, Suite 106 East
       Melville, NY  11747
       (631) 249-5613
       Attn:   Robert Charles Sheps, Esq.

       ROBINSON & COLE, LLP
       Attorneys for Plaintiff
       **TRUMBULL INSURANCE COMPANY**
       1055 Washington Boulevard
       Stamford, CT  06901-2249
       (203) 462-7517
       Attn:   Melissa Sullivan, Esq.

       GOLDBERG SEGALLA, LLP
       Attorneys for Defendant
       **THE RELIABLE AUTOMATIC SPRINKLER CO., INC.**
       200 Old Country Road, Suite 210
       Mineola, NY  11501
       (516) 281-5640
       Attn:   Brian McElhenny, Esq.

       COHEN, KUHN & ASSOCIATES
       Attorneys for Defendant
       **DENJAM, LLC i/s/h/a DENJAN, LLC**
       2 Park Avenue
       New York, NY  10016
       (212) 553-8204
       Attn:   Michael Vincent DiMartini, Esq.

       FAUST, GOETZ, SCHENKER & BLEE, LLP
       Attorneys for Third-Party Defendant
       **J. WALTER MILLER, CO.**
       Two Rector Street
       New York, NY 10006
       (212) 363-6900
       Attn:   Marisa Goetz, Esq.

-3903139.1